IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAM SQUIRES, JESSE BADKE, AHMED KHALIL, MICHELLE NIDEVER, JOHN MURPHY, KEVIN NEUER, NICHOLAS WILLIAMS and DONNA SUE SCOTT, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>TOYOTA MOTOR CORP, TOYOTA MOTOR NORTH AMERICA, INC. and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>        Defendants. | CASE NO.: 4:18-cv-00138<br><br>JUDGE AMOS L. MAZZANT |

## JOINT ORDER FOR DISMISSAL

Plaintiffs William Squires, Jesse Badke, Ahmed Khalil, Michelle Nidever, John Murphy, Kevin Neuer, Nicholas Williams, and Donna Sue Scott and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc. jointly request the Court to enter an order of dismissal with prejudice of this civil action.

After consideration, the Court finds the Order is GRANTED.

The above-referenced case is dismissed with prejudice.  Each party shall bear their own costs and fees incurred in connection with this action.

IT IS SO ORDERED.

**SIGNED this 14th day of November, 2023.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE